IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANTHONY ROBINSON                                                    PLAINTIFF

v.                                     CIVIL ACTION NO. 3:16CV281-MPM-RP

DEPARTMENT OF HUMAN SERVICES,
JULIA JIMENEZ                                              DEFENDANTS

## FINAL JUDGMENT

On consideration of the file and records in this action, the Court finds that the Report and Recommendation [Docket 8] of the United States Magistrate Judge dated June 14, 2017, was on that date mailed to Plaintiff. Plaintiff submitted objections to the Report and Recommendation on July 6, 2017. Docket 9. The Court has considered Plaintiff's objections and finds them to be without merit. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

It is, therefore,

**ORDERED:**

1. That the report and recommendation of the United States Magistrate Judge dated June 14, 2017, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the Court.

2. This case is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

This the 19th day of July, 2017.

                                                                   /s/ Michael P. Mills
                                                            UNITED STATES DISTRICT JUDGE